### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANDREW WARNER dba WARNER AG ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| vs. ) | |
| ) | |
| RLI INSURANCE COMPANY, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

COMES NOW RLI Insurance Company, through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 hereby removes Case Number 2023-CV-001036-CO from the District Court of Sedgwick County, Kansas to the United States District Court for the District of Kansas on the basis of diversity jurisdiction, for the reasons more fully set forth below.

1. Plaintiff filed a Petition in the District Court of Sedgwick County, Kansas captioned "*ANDREW WARNER d/b/a WARNER AG vs. RLI INSURANCE COMPANY*" which was assigned Case Number 2023-CV-001036-CO (the "Lawsuit").

2. The Lawsuit arises out of an insurance policy, number ILM0303325 (the "Policy"), that Defendant allegedly issued to Plaintiff.

3. In the Lawsuit, Plaintiff seeks damages in excess of $120,000.00 against Defendant.

4. Plaintiff is a citizen of the state of Kansas.

5. Defendant is a corporation organized and incorporated in Illinois and its principal place of business is in Illinois.

6. In the Lawsuit, Plaintiff seeks damages in excess of $120,000.

7. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1446 because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.

8. The Summons was first issued on June 6, 2023 and it was received by the Kansas Department of Insurance on June 8, 2023, making this Notice of Removal timely pursuant to 28 U.S.C. § 1446(b).

9. There is filed as Exhibit A to this Notice of Removal a true and correct copy of the state court's complete file, including all process, papers, exhibits, pleadings, orders, and other documents currently on file in the District Court of Sedgwick County, Kansas.

10. Also attached to this Notice of Removal is a Civil Cover Sheet for filing in this Court.

11. RLI has given Warner written notice of the filing of this Notice of Removal and will file a copy of this Notice of Removal with the Clerk of the District Court of Sedgwick County, Kansas as required by 28 U.S.C. § 1446.

12. Based on the foregoing, RLI respectfully requests that the above-entitled action be removed to this Court in accordance with the provisions of 28 U.S.C.A. § 1441, *et seq*.

Respectfully submitted,

**WATTERS, WOLF, BUB & HANSMANN LLC**

　　/s/Timothy J. Wolf
Timothy J. Wolf, #26081
600 Kellwood Drive, Suite 120
St. Louis, Missouri 63017
636-798-0570 - TELEPHONE
636-798-0693 – FAX
twolf@wwbhlaw.com
*Attorney for RLI Insurance Company*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system, this 6th day of July 2023, on the following counsel of record:

Timothy J. King
300 West Douglas, Suite 230
Wichita, Kansas 67202
king@tjkinglaw.com


                */s/* Timothy J. Wolf