## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANDREW WARNER d/b/a WARNER AG )<br>      Plaintiff, )<br>)<br>*vs*. )<br>)<br>RLI INSURANCE COMPANY, )<br>      Defendant. )<br>_____)| Case No. 23-cv-1135-JAR-GEB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the parties hereto, and pursuant to F.R.C.P. 41(a)(l)(A)(ii), hereby stipulate to a dismissal of this action with prejudice.

By: ___/s/ Timothy J. King_____   By: ___/s/ Timothy J. Wolf_____
    TIMOTHY J. KING #12225                           TIMOTHY J. WOLF #26081
    ATTORNEY AT LAW                                     WATTERS, WOLF, BUB & HANSMANN
    300 West Douglas, Suite 230                         600 Kellwood Drive, Suite 120
    Wichita, Kansas 67202                                           St. Louis, Missouri 63017
    T (316) 264-3333                                                 T (636) 798-0570
    F (316) 264-1305                                                 F (636) 798-0693
    king@tjkinglaw.com                                           twolf@wwbhlaw.com
    Attorney for Plaintiff                                                  Attorney for Defendant